# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2022 KW 1051

VERSUS

JOSEPH HOLMES                                      **OCTOBER 24, 2022**

---

In Re:    Joseph Holmes, applying for supervisory writs, 17th
          Judicial District Court, Parish of Lafourche, Nos.
          96445, 96446, 96447.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT APPLICATION TRANSFERRED** to the Louisiana Supreme
Court, which has exclusive supervisory jurisdiction of all
criminal writ applications relating to convictions and sentences
imposed prior to July 1, 1982. See La. Const. art. V, § 5(E).

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

_____
DEPUTY CLERK OF COURT
      FOR THE COURT